O
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYOUSH JAVAHERI., | Case No. 2:18-cv-06615-ODW (FFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DEUTSCHE MELLON NATIONAL ASSET, LLC, et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

1

# JUDGMENT

In light of the Court's Order **GRANTING** Defendants' Motion to Dismiss (ECF No. 25), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendants shall have **JUDGMENT** in its favor;
2. Plaintiff shall receive nothing; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 15, 2019

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**